IN THE SUPREME COURT OF TEXAS











IN THE SUPREME COURT OF TEXAS

 

════════════

No. 07-0140

════════════

 

Trinity Universal Insurance
Company, Petitioner,

 

v.

 

Cellular One Group, Respondent

 

════════════════════════════════════════════════════

On Petition for Review from the

Court of Appeals for the Fifth District of Texas

════════════════════════════════════════════════════

 

 

            Justice Hecht, joined by Justice Brister, dissenting.

 

 

            For the reasons expressed today in
my dissenting opinion in Zurich American Ins. Co. v. Nokia, Inc., ___
S.W.3d ___ (Tex. 2008) (Hecht, J., dissenting), I respectfully dissent from the
Court’s opinion in this case.

 

                                                                                                                                                                         

                                                                        Nathan L. Hecht

                                                                        Justice

Opinion issued: August 29, 2008